PRG.15171

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **CHARLES WAYNE HALL** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:23-cv-13** |
| § | **JURY DEMAND** |
| **JAGJIT SINGH AND HERIAN** § | |
| **BROTHERS TRUCKING** § | |
| § | |
| *Defendants.* § | |

**DEFENDANTS' JAGJIT SINGH AND HERIAN BROTHERS TRUCKING'S**
**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jagjit Singh And Herian Brothers Trucking, Defendants' in the above matter, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1332(a).

**I.**
**FACTUAL BACKGROUND**

1.   1.   On or about August 18, 2022, Plaintiff sued the Defendants in the County Court at Law #3, El Paso County, Texas alleging serious injuries from an automobile collision that occurred on December 14, 2020 in El Paso County, Texas. *Exhibit "A."*

2.   Defendant **JAGJIT SINGH**, was served on or about December 30, 2022.

3.   Defendant **HERIAN BROTHERS TRUCKING**, has not been served with citation. This Defendant has filed this Notice of Removal within the time period required. 28 U.S.C. §1446(b).

4.   Plaintiff **CHARLES HALL** is a resident of Texas and domiciled in El Paso County, Texas.

5.   Defendant **JAGJIT SINGH** is a resident of California and domiciled in Fresno County, California.

6. Defendant **HERIAN BROTHERS TRUCKING** is corporation incorporated under the laws of the State of California with its corporate office and principal place of business in California.

7. Plaintiff's Original Petition, filed contemporaneously herewith, indicates that Plaintiff intends to conduct discovery according to Discovery Level 2. ***Exhibit "A."***

## II.
## BASIS FOR REMOVAL

8. Removal is proper under 28 U.S.C. § 1332(a) because Plaintiffs' suit is a civil action in which this Court has original jurisdiction over the parties, based upon diversity jurisdiction under 28 U.S.C. § 1332. This action is removable to this Court pursuant to the provisions of 28 U.S.C. §1441(b) because Plaintiff is a citizen of the State of Texas, and Defendant Jagjit Singh is a resident of the State of California, with Defendant Herian Brothers Trucking maintaining its principal place of business within the State of California.

9. For diversity purposes, a person is considered a citizen of the state where that person is domiciled. Plaintiff is a natural born person and is domiciled in El Paso, El Paso County, Texas. Defendant Jagjit Singh is a natural born person and is domiciled in Fresno, Fresno County, California. If the person is an entity, the citizenship of a corporation is determined by its place of incorporation and its principal place of business. Defendant Herian Brothers Trucking's place of incorporation is California and its principal place of business is California.

10. Because the Plaintiff and Defendant's Jagjit Singh And Herian Brothers Trucking do not share citizenship in any state, removal is proper on diversity grounds.

11. Defendants' are now, and was at the time the removal process was initiated, diverse in citizenship from the Plaintiff. 28 U.S.C. § 1332. Accordingly, because this notice of removal has been filed within thirty days after complete diversity existed, this removal is proper and timely under 28 U.S.C. §1446(b).

12. Further, as set forth in Plaintiff's Original Petition filed with these pleadings here today, the amount in controversy in this action exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00). **Exhibit "A."** Thus, the amount in controversy meets the threshold for removal.

13. The United States District Court for the Western District of Texas, El Paso Division, embraces El Paso County, Texas, the place where the state court action was filed and is pending. This statement is not meant as a waiver of any argument that venue is improper in the location in which the state court action was filed, but merely demonstrates the propriety of removing the action to this federal judicial district.

14. The live pleadings before the state court are solely those of Plaintiff's Original Petition, Plaintiff's First Amended Petition and Defendants' Original Answer as **Exhibit "B**." No other motions are pending before the state court.

15. All pleadings, process, orders, and other filings in the state court action are attached to this Notice as, as required by 28 U.S.C. § 1446(a). **Exhibit "C."**

16. Defendant's Jagjit Singh And Herian Brothers Trucking will promptly file a copy of this Notice with the clerk of the state court in which the action is pending.

### III.
### REQUEST FOR JURY TRIAL

17. Defendants hereby demands a trial by jury in accordance with the provisions of FED. R. CIV. P. 38.

WHEREFORE, PREMISES CONSIDERED, JAGJIT SINGH AND HERIAN BROTHERS TRUCKING as parties in complete diversity with the Plaintiff, respectfully requests that this action be immediately and entirely removed upon filing of this Notice of Removal to the United States District Court for the Western District of Texas, El Paso Division, and for such other and further relief to which it may show itself to be justly entitled in equity or law.

Respectfully submitted,

*[signature]*

MICHAEL P. SHARP
State Bar No. 00788857
Email: msharp@feesmith.com
**GERALD M. "TRACY" JOHNSON, III**
State Bar No. 10722580
Email: tjohnson@feesmith.com
**FEE, SMITH & SHARP LLP**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Tel: 972-934-9100
Fax: 972-934-9200

**ATTORNEYS FOR DEFENDANTS
JAGJIT SINGH AND HERIAN BROTHERS TRUCKING**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of January, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Western District of Texas – El Paso Division, using the electronic case filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means as follows:

*Via Certified Mail, Return Receipt Requested*
Ruben Ortiz
Jack Slattery
Law Offices of Ruben Ortiz, PLLC
1141 E. Rio Grande Ave.
El Paso, TX 79902
(915) 545-1616
(915) 591-1619 (Fax)
jack@rubenortizlaw.com
ruben@rubenortizlaw.com
*Attorneys for Plaintiff*

*[signature]*

MICHAEL P. SHARP/
**GERALD M. "TRACY" JOHNSON, III**