IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CHARLES WAYNE HALL,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. EP-23-CV-13-KC |
| **JAGJIT SINGH and HERIAN BROTHERS TRUCKING,** | § § § § | |
| Defendants. | § | |

### ORDER

On this day, the Court considered the parties' Stipulation of Dismissal with Prejudice, ECF No. 34, filed on September 27, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to Designate "John Doe" as a Responsible Third Party, ECF No. 20, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 27th day of September, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE